UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHI MUSHAPHA CULLEN #766186,

    Plaintiff,

v.

                                    Case No. 1:24-cv-48

JOHN WALL, et al.,                  HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendants John Stephenson and John Smith filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on July 7, 2025, recommending that this Court grant the motion and enter judgment.[1] The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 19) is GRANTED.

**IT IS FURTHER ORDERED** that for the same reasons the Court concludes that Plaintiff's claims are properly dismissed, the Court also concludes that any issue Plaintiff might

---

[1] Co-Plaintiff's claims were severed from this action on January 26, 2024 (ECF No. 4). The Co-Defendants named in Plaintiff's complaint were dismissed on May 2, 2024 (ECF No. 10).

raise on appeal would be frivolous.  *Coppedge v. United States*, 369 U.S. 438, 445, (1962).

Accordingly, the Court certifies that an appeal would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated:  August 4, 2025                                             /s/  Paul L. Maloney
                                                                              Paul L. Maloney
                                                                              United States District Judge