UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FATHI MUSHAPHA CULLEN #766186,

    Plaintiff,

v.

    Case No. 1:24-cv-48

    HONORABLE PAUL L. MALONEY

JOHN WALL, et al.,

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.


Dated:  August 4, 2025                /s/  Paul L. Maloney
                                                                  Paul L. Maloney
                                                                  United States District Judge